

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-2-2008

# USA v. Schiaffino

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3329

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Schiaffino" (2008). *2008 Decisions.* Paper 915.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/915

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-3329
_____

UNITED STATES OF AMERICA

v.

JOSEPH P. SCHIAFFINO,
Appellant
_____

(D.C. Civil Action No. 07-cv-02194)
_____

**Present**: AMBRO, FUENTES, and FISHER, <u>Circuit Judges</u>
_____

**O R D E R**

_____

The petition for panel rehearing filed by Appellee in the above entitled case,

having been submitted to the judges who participated in the decision of this Court, is

hereby GRANTED.  The non-precedential opinion filed April 22, 2008 is hereby

VACATED.  A subsequent opinion will be issued.


By the Court

<u>/s/ Thomas L. Ambro</u>
Circuit Judge

Dated: Joseph P. Schiaffino
        Thomas J. Clark, Esq.
        Laurie Snyder, Esq.